UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

2011 MAY -9 PM 2: 14

In re:  §  Case No. 09-23717 ASD
THOMAS, BASIL G  §
 §  (CHAPTER 7)
 §
Debtor(s).  §

$.70
#274638

REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

X    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

___   More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: May 6, 2011

Thomas C. Boscarino, Trustee
628 Hebron Avenue
Building Two, Suite 301
Glastonbury, CT 06033
(860) 659-5657

## EXHIBIT A

Case Name:    THOMAS, BASIL G
Case Number:  09-23717

| Creditor<br>Name and Address | Claim<br>Number | Distrib.<br>Amount | Small<br>Dividend | Unclaimed<br>Dividend |
|---|---|---|---|---|
| American Express Bank FSB<br>c/o Becket and Lee LLP, POB 3001<br>Malvern, PA 19355-0701 | 6 | $29.55 | $0.70 | |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 0.70 | $ 0.00 |

